IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR346 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHARON A. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Sharon A. Johnson (Johnson) to continue her initial appearance and arraignment (Filing No. 9). Johnson was summonsed to appear for her initial appearance and arraignment on November 7, 2007 (Filing No. 3). Johnson represents she is undergoing hip surgery at a hospital in Schenectady, New York, on November 7, 2007, and a suggested recovery time is 90 days. Johnson's counsel represents that government's counsel has no objection to the continuance.

**IT IS ORDERED:**

1. Johnson's motion for a continuance of her initial appearance and arraignment (Filing No. 9) is granted.

2. Johnson shall appear for arraignment **at 9:00 a.m., February 11, 2008**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge